AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

JUAN ESBER MANZUR,

     Petitioner,        JUDGMENT IN A CIVIL CASE

  v.

                 CASE NUMBER:  **3:16-cv-00650-MMD-WGC**

BACA, et al.,

     Respondent(s).

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the petition will be dismissed without prejudice for lack of jurisdiction as a successive petition.
     **IT IS FURTHER ORDERED** that a certificate of appealability is denied.

December 15, 2016                                          **LANCE S. WILSON**
                                                                              Clerk

                                                                         /s/ K. Rusin
                                                                        Deputy Clerk